# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-00176 SWD  
**Case Name:** PARKER, AMY JO  

**Trustee:** (420060)    John A. Porter, Trustee  
**Filed (f) or Converted (c):** 01/18/18 (f)  
**§341(a) Meeting Date:** 03/14/18  

**Period Ending:** 04/02/18  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   2013 Chevrolet Impala | 6,000.00 | 0.00 | | 0.00 | FA |
| 2   Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 3   Lansing Automakers FCU | 1.00 | 1.00 | | 0.00 | 1.00 |
| 4   Lake Trust Credit Union   This asset listed in Debtor's Schedules as having a negative value of $22.00(overdrawn by $22.00) This has no value to the estate. | 0.00 | 0.00 | | 0.00 | FA |
| 5   VOVA 401K Plan | 1,500.00 | 0.00 | | 0.00 | FA |
| 6   CLAIMS AGAINST THIRD PARTIES(suit v Fed Gov't) | Unknown | 75,000.00 | | 0.00 | 75,000.00 |
| **6   Assets    Totals** (Excluding unknown values) | **$7,701.00** | **$75,001.00** | | **$0.00** | **$75,001.00** |

**Major Activities Affecting Case Closing:**

Response to Questions re claim v Federal Gov't. and determine value..

03/26/18 quarterly review completed.

**Initial Projected Date Of Final Report (TFR):** June 1, 2019    **Current Projected Date Of Final Report (TFR):** June 1, 2019

Printed: 04/02/2018 03:39 PM    V.13.32